IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| STEPHEN SNIDER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 1:24-CV-00448 |
| VS. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| ROSE MILLER, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

Before the Court is Plaintiff's Motion for Expedited Discovery. [Dkt. 3]. Having reviewed Plaintiff's Motion and supporting exhibits, the Court finds that the Motion should be **GRANTED**.

Many courts, including this Court, have granted plaintiffs' motions for expedited discovery in cases, like this one, where the plaintiffs alleged that the defendants perpetrated a cryptocurrency-related "pig-butchering scam."[1] Here, as in those prior cases, Plaintiff has shown that the discovery he seeks to issue is narrowly tailored to the task of revealing information they need to effectively pursue his case against "John Doe" defendants who are alleged to have intentionally obscured their true identities and locations.

As requested in his Motion, Plaintiff is hereby authorized to issue subpoenas to (i) Meta Platforms, Inc., (ii) Alphabet, Inc., (iii) Crypto.com, Inc., and (iv) Coinbase Global, Inc. The

---

[1] *See, e.g.*, *Harris v. Upwintrade*, No. 1:24-cv-00313-MJT, Dkt. 8, at p. 9 (authorizing expedited discovery); *Cohn v. Popescu*, No. 1:24-CV-00337-MJT, Dkt. 6, at pp. 8-9 (same); *Strivelli v. Doe*, No. 22-cv-22060 2022 WL 1082638, at *2 (D.N.J. Apr. 11, 2022) (authorizing expedited discovery from cryptocurrency exchanges in crypto case and noting "the Court's review of cryptocurrency theft cases reveals that courts often grant motions for expedited discovery to ascertain the identity of John Doe defendants"); <u>Licht v. Ling</u>, No. 3:23-CV-1018-X, 2023 WL 4504585, at *4 (N.D. Tex. June 20, 2023) (issuing broad authorization for expedited discovery in functionally identical crypto-fraud case and requiring that "any party served with a request for production shall produce all requested items within 72 hours of the request").

- 2 -

subpoena targets shall respond to Plaintiff's subpoenas within fourteen (14) days of the service of same, unless agreement is reached as to a longer response time.

**SIGNED this 15th day of January, 2025.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge