IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| STEPHEN SNIDER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 1:24-CV-00448 |
| VS. | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| ROSE MILLER, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING SECOND MOTION FOR EXPEDITED DISCOVERY

Before the Court is Plaintiff's Second Motion for Expedited Discovery. [Dkt. 5]. After considering Plaintiff's second motion and reviewing the pleadings on file and all applicable law, the Court finds that the motion should be **GRANTED**.

Many courts, including this Court, have granted plaintiffs' motions for expedited discovery in cases, like this one, where plaintiffs alleged that the defendants perpetrated a cryptocurrency-related "pig-butchering scam."[1] Here, as in those prior cases, Plaintiff has shown that the discovery he seeks is narrowly tailored to the task of revealing information Plaintiff needs to effectively pursue his case against "John Doe" defendants who are alleged to have intentionally obscured their true identities and locations.

---

[1] *See, e.g.*, *Harris v. Upwintrade*, No. 1:24-cv-00313-MJT, [Dkt. 8 at 9] (authorizing expedited discovery); *Cohn v. Popescu*, No. 1:24-CV-00337-MJT, [Dkt. 6, at 8–9] (same); *Strivelli v. Doe*, No. 22-cv-22060, 2022 WL 1082638, at *2 (D.N.J. Apr. 11, 2022) (authorizing expedited discovery from cryptocurrency exchanges in crypto case and noting "the Court's review of cryptocurrency theft cases reveals that courts often grant motions for expedited discovery to ascertain the identity of John Doe defendants"); *Licht v. Ling*, No. 3:23-CV-1018-X, 2023 WL 4504585, at *4 (N.D. Tex. June 20, 2023) (issuing broad authorization for expedited discovery in functionally identical crypto-fraud case and requiring that "any party served with a request for production shall produce all requested items within 72 hours of the request").

As requested in his Motion, Plaintiff is hereby authorized to issue a subpoena to Nest Services Ltd. The subpoena target shall respond to Plaintiff's subpoena within fourteen (14) days of the service of same, unless agreement is reached as to a longer response time.

**SIGNED this 15th day of May, 2025.**

                                                          Michael J. Truncale
                                                         United States District Judge