IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| STEPHEN SNIDER, § | |
| § | |
| *Plaintiff*, § | |
| § | CIVIL ACTION NO. 1:24-CV-00448 |
| VS. § | JUDGE MICHAEL J. TRUNCALE |
| § | |
| ROSE MILLER, *et al.*, § | |
| § | |
| *Defendants*. § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATE SERVICE

Before the Court is Plaintiff's Motion for Alternate Service. [Dkt. 6]. Plaintiff files the present motion requesting authorization to serve Defendants via alternate means, i.e., email and WhatsApp, pursuant to Federal Rule of Civil Procedure 4(f)(3). After considering Plaintiff's motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Plaintiff's Motion for Alternate Service [Dkt. 6] is hereby **GRANTED**. Plaintiff shall immediately serve a copy of the Complaint, Summons, and this Order on Defendants through the above-listed means with "read receipt requested" and file a proof of service once received.

SIGNED this 15th day of May, 2025.

Michael J. Truncale
United States District Judge