UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Stephen Snider, | |
| *Plaintiff*, | Case No. 1:24-cv-00448 |
| v. | |
| Rose Miller, *et al.*, | **Proof of Service** |
| *Defendants*. | |

I, Evan Cole, state and swear as follows.

I hereby certify that on May 21, 2025, I served Rose Miller with the Summons and Complaint via text message to phone number (407) 216-2416 as authorized in the Order Granting Plaintiff's Motion for Alternate Service.

- 1 -

- 2 -

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
Head of Investigations
The Hoda Law Firm, PLLC

Dated:    June 13, 2025

- 2 -