# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

Stephen Snider,

    *Plaintiff*,

v.

Rose Miller, *et al.*,

    *Defendants*.

Case No. 1:24-cv-00448

**Proof of Service**

I, Evan Cole, state and swear as follows.

I hereby certify that on May 21, 2025, I served Thomas Vrieze with the Summons and Complaint via text message to phone number (321) 461-0622 and via email to vriezethomas@gmail.com and liujiana1001@gmail.com as authorized in the Order Granting Plaintiff's Motion for Alternate Service.

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
Head of Investigations
The Hoda Law Firm, PLLC

Dated:   June 13, 2025